[No. 4761–0–III.   Division Three.   February 22, 1983.]

*In the Matter of the Marriage of* ROBERT FINK,
*Appellant, and* JANET FINK, *Respondent.*

Appeal from a judgment of the Superior Court for Kitti-
tas County, No. 20983, W. R. Cole, J., entered August 17,
1981. *Affirmed* by unpublished opinion per McInturff, J.,

concurred in by Munson, A.C.J., and Green, J.